# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGG H. SNODGRASS & KELLY J. SNODGRASS        Case Number: 08-71718
259 MODERS AVENUE                SSN-xxx-xx-5953 & xxx-xx-6788
CARY, IL  60013

Case filed on: 5/30/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL MANAGEMENT SRVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GREGG H. SNODGRASS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NISSAN MOTOR ACCEPTANCE CORP | 22,493.28 | 22,493.28 | 462.61 | 1,203.40 |
| 003 | WELLS FARGO BANK NA | 5,168.46 | 2,810.00 | 0.00 | 0.00 |
|  | Total Secured | 27,661.74 | 25,303.28 | 462.61 | 1,203.40 |
| 002 | NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 14,102.82 | 1,410.28 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE BANK USA NA | 15,415.45 | 1,541.54 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 9,902.43 | 990.24 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 26,616.28 | 2,661.63 | 0.00 | 0.00 |
| 011 | CITIBANK (SOUTH DAKOTA) NA | 7,455.42 | 745.54 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 17,336.95 | 1,733.69 | 0.00 | 0.00 |
| 013 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JOHN R. THODOS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHASE BANK USA NA | 1,022.11 | 102.21 | 0.00 | 0.00 |
| 016 | LIMITED TOO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 1,529.23 | 152.92 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 2,988.34 | 298.83 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 2,748.97 | 274.90 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 1,249.98 | 125.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 8,462.03 | 846.20 | 0.00 | 0.00 |
| 024 | RECOVERY MANAGEMENT SYSTEMS CORP | 68.84 | 6.88 | 0.00 | 0.00 |
|  | Total Unsecured | 108,898.85 | 10,889.86 | 0.00 | 0.00 |
|  | Grand Total: | 136,560.59 | 36,193.14 | 462.61 | 1,203.40 |

Total Paid Claimant:    $1,666.01
Trustee Allowance:      $133.99          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan